## 45375.   BRUCE v. THE STATE.

DEEN, Judge. The overruling of defendant's plea in bar which leaves the case pending for trial is not a final judgment from which appeal can be taken, absent a certificate for immediate review. *Code Ann.* § 6-701; *General Shoe Corp. v. Hood,* 119 Ga. App. 648 (168 SE2d 326); *Richard's Buick, Inc. v. Sease,* 116 Ga. App. 232 (156 SE2d 365).

The appeal must be

*Dismissed. Hall, P. J., and Evans, J., concur.*

SUBMITTED JUNE 8, 1970—DECIDED JULY 6, 1970.

*Greer, Sartain & Carey, Jack M. Carey,* for appellant.
*Nat Hancock, District Attorney,* for appellee.